IN DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| MICHAEL MOTYLINSKI,<br><br>　　　　　PLAINTIFF,<br><br>V.<br><br>RYAN C. MEADE AND QUINTAIROS,<br>PREITO, WOOD & BOYER, P.A.<br><br>　　　　　DEFENDANT. | CASE NO. 3:22-CV-00028 |

ORDER ON MOTION FOR RECONSIDERATION

Considering Defendant Ryan C. Meade's motion for reconsideration of this Court's October 18, 2023 Order, the Court grants the motion and the Order docketed as Doc. No. 66 in this matter is vacated.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Robert A. Molloy
　　　　　　　　　　　　　　　　　　　　　　　Chief Judge

1