# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| MICHAEL MOTYLINSKI,<br><br>             Plaintiff,<br><br>   v.<br><br>RYAN C. MEADE and QUINTAIROS,<br>PRIETO, WOOD & BOYER, P.A.,<br><br>             Defendants. | CIVIL NO. 3:22-CV-00028<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE TO THE COURT OF INABILITY TO GO TO TRIAL AND REQUEST TO RULE ON MOTION TO REMAND AND MOTION TO TRANSFER

**COME NOW** the Parties, by and through their undersigned counsel, and give notice to the Court of the parties' inability to go to trial on February 20, 2024, in this matter.

Currently pending before this Court is a Motion to Transfer, or in the Alternative to Dismiss, filed on April 20, 2022. [ECF 4] Plaintiff filed a Motion to Remand on May 17, 2022. [ECF 7] The Parties conducted jurisdictional discovery. On September 14, 2022, Plaintiff supplemented his Motion to Remand with the facts supporting his argument that the case should be remanded to the Virgin Islands Superior Court as the Court lacks diversity jurisdiction. [DE 46] On November 15, 2022, the Court entered a Memorandum Opinion and Order staying discovery in this case "pending resolution of the transfer motion." [ECF 64]

While, on October 18, 2023, the Court issued an order denying in part Plaintiff's Motion to Remand and allowing Plaintiff to conduct jurisdictional discovery and supplement his motion, Defendant Meade filed a Motion to Reconsider informing the Court that the jurisdictional discovery had already been conducted and supplemental

Motylinski, Michael v. Ryan C. Meade, et. Al., Civil No. 3:22-CV-00028
**NOTICE TO THE COURT OF INABILITY TO GO TO TRIAL AND REQUEST TO RULE ON MOTION TO REMAND AND MOTION TO TRANSFER**
Page 2

briefs filed. In response, on October 18, 2023, this Court vacated the order. [ECF 68]

As such, this case has remained stayed, with no discovery on the merits having been done, awaiting the Court's ruling on the Motion to Remand and Motion to Transfer.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED<br>LEE J. ROHN AND ASSOCIATES, LLC<br>Attorneys for Plaintiff |
| DATED: January 25, 2024 | BY:  /s/ *Lee J. Rohn*<br>Lee J. Rohn, Esq.<br>VI Bar No. 52<br>1108 King Street, Suite 3 (mailing)<br>56 King Street, Third Floor (physical)<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00820<br>Telephone: (340) 778-8855<br>Lee@rohnlaw.com |
|  | QUINTAIROS, PRIETO, WOOD & BOYER, P.A.<br>Attorneys for Defendant |
| DATED: January 25, 2024 | BY:  /s/ *Kyle R. Waldner*<br>Kyle R. Waldner, Esq.<br>Waldner Law, P.C.<br>1026 Norre Gade<br>St. Thomas, VI 00802<br>Telephone: (919) 523-7001<br>kwaldner@wlawvi.com |

Motylinski, Michael v. Ryan C. Meade, et. Al., Civil No. 3:22-CV-00028
**NOTICE TO THE COURT OF INABILITY TO GO TO TRIAL AND REQUEST TO RULE ON MOTION TO REMAND AND MOTION TO TRANSFER**
Page 3

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on January 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

All counsel of record

BY: ___/s/ *Lee J. Rohn*___ (kjg)