# DISTRICT COURT OF THE VIRGIN ISLANDS
## CLERK'S OFFICE



**Glenda L. Lake, Esquire**
**Clerk of Court**

www.vid.uscourts.gov

February 8, 2024

Ms. Tamara Charles
Clerk of the Court
Superior Court of the Virgin Islands
P.O. Box 929
Christiansted, VI 00821

Re:   *Michael Motylinski v. Ryan C. Meade and Quintairos, Prieto, Wood & Boyer, P.A.*
      Superior Court No. ST-2022-cv-00089
      Civil No. 3:22-cv-00028

Dear Ms. Charles:

Consistent with the Court's Order entered on February 8, 2024, the above referenced case has been remanded to the Superior Court of the Virgin Islands for further proceedings. Accordingly, the certified Order entered by this Court, along with the docket sheet, is hereby enclosed.

Should you have any questions regarding this transmittal, please do not hesitate to contact the Clerk's Office.

Sincerely,

Marilyn Arroyo
Chief Deputy Clerk II

cc:   Enclosures:
      Docket Sheet
      Certified Order

☐   Ron de Lugo Fed. Bldg. & Courthouse, 5500 Veteran's Drive, Suite 351, St. Thomas, Virgin Islands 00802-6424
Phone: 340-774-0640 Fax: 340-775-8075

■   Almeric L. Christian Fed. Bldg. & Courthouse, 3013 Estate Golden Rock, Lot #13, Christiansted, Virgin Islands 00820-4355 Phone: 340-718-1130 Fax: 340-712-7180