DISTRICT COURT OF THE VIRGIN ISLANDS
CLERK'S OFFICE
3013 ESTATE GOLDEN ROCK, LOT #13
CHRISTIANSTED, ST. CROIX VI 00820-4355

OFFICIAL BUSINESS



Tamara Charles
Clerk of Court
Superior Court of the Virgin Islands
P.O. Box 929
Christiansted, VI 00821